Wright v. Wright.

---

### Alfred A. Wright
### v.
### Gabriel K. Wright et al.

*Libel—Abuse of Privilege.*

In an action for libel where the defense is based upon privilege, if there is evidence tending to show that the alleged privilege was used to gratify a malicious spirit, the plaintiff is entitled to have the case submitted to the jury.

[Opinion filed March 13, 1889.]

Appeal from the Circuit Court of Cook County; the Hon. Egbert Jamieson, Judge, presiding.

Messrs. Rich & Stone, for appellant.

Mr. M. L. Raftree, for appellees.

Garnett, P. J. The only question in this case is disposed of by the ruling in Wharton v. Wright [*ante* p. 343]. Appellant in this declaration charges appellees with libel, and appellees defend on the ground that the communication was privileged. There was evidence tending to prove that the alleged privilege was used to gratify a malicious spirit, and appellant had the right to have the case submitted to the jury.

Repetition of what is said in Wharton v. Wright is unnecessary. The court erred in directing the jury to find the defendants not guilty. The judgment is reversed and the cause remanded.

*Reversed and remanded.*